IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAGIK KARAPETYAN,

    Petitioner,                 No. CIV S-07-2261 FCD DAD P

    vs.

BEN CURRY, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner has also filed a motion for stay and abeyance. Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's motion for stay and abeyance.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall serve on Michael Patrick Farrell, Senior Assistant Attorney General, a copy of this order, a copy of petitioner's petition for writ of habeas corpus and memorandum of points and authorities (Docket Nos. 1 & 2), and a copy of petitioner's motion for stay and abeyance, declaration, and memorandum of points and authorities (Docket Nos. 3, 4, & 5);

1

2. Respondents' opposition or statement of non-opposition to petitioner's motion for stay and abeyance shall be filed and served within thirty days of the date of this order; and

3. Petitioner's reply, if any, shall be filed and served within fifteen days after service of the opposition.

DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
kara2261.100mod