IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAGIK KARAPETYAN,

    Petitioner,                      No. CIV S 07-2261 FCD DAD P

    vs.

BEN CURRY,

    Respondent.                  ORDER

_____/

        On December 11, 2007, this court granted petitioner's unopposed motion for stay and abeyance and ordered him to present all of his unexhausted claims to the California Supreme Court in a further state habeas corpus petition within thirty days. Petitioner has requested an extension of time to file his further state habeas petition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 2, 2008 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his state habeas petition in accordance with the court's order of December 11, 2007.

DATED: January 10, 2008.

                                                            /s/ Dale A. Drozd
                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
kara2261.111